**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01091-REB-CBS

BERNADINE SCOTT,

    Plaintiff,

v.

THE UNITED STATES individually and/or d/b/a UNITED STATES POSTAL SERVICE, and SNOWGO NATIONAL HOLDINGS, LLC, a Limited Liability Company with jurisdiction in Delaware,

    Defendants.

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**

**Blackburn, J.**

    Pursuant to D.C.COLO.LCivR 72.2, I received a **Consent Form Pursuant to Pilot Program To Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges** [#35],[1] filed December 8, 2015.  The parties have consented in the time and manner specified by statute and local rule to disposition of the above action by a United States Magistrate Judge.

    **THEREFORE, IT IS ORDERED** that pursuant to 28 U.S.C. § 636(c), this action is referred for disposition to the magistrate judge currently assigned to the case.

    Dated December 8, 2015, at Denver, Colorado.

                                          **BY THE COURT:**

                                          Robert E. Blackburn
                                          United States District Judge

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.