IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01091-CBS | Date: December 11, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

BERNADINE SCOTT, | Nicole Daniels

Plaintiff,

v.

USA, *et al.,* | Jacob Licht-Steenfat
 | William Dulaney

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 03:32 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding *[39] Plaintiff's Motion to Amend Complaint to Add Defendant*.  The current parties in this case have consented to Magistrate Judge Shaffer.  The new party, K&B Construction, will have to make a decision regarding consent.

**ORDERED:**   *[39] Plaintiff's Motion to Amend Complaint to Add Defendant* is **GRANTED.** Second Amended Complaint and Jury Demand [doc. 39-1] is deemed as filed today.

A further Telephone Status Conference is set for **January 11, 2016 at 9:00 a.m.** to discuss consent from the new defendant and to set a trial date.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

Hearing concluded.

**Court in recess: 03:39 p.m.**
Total time in court:     00:07

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.