IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01091-CBS | Date: January 29, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* *Counsel:*

BERNADINE SCOTT, — Nicole Daniels

Plaintiff,

v.

USA, *et al.,* — Jacob Licht-Steenfat
William Dulaney
Eliana Chavez

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:58 a.m.**
Court calls case. Appearances of counsel.

Ms. Chavez makes oral motion to withdraw *[51] Defendant K&B Construction, LLC's Motion to Dismiss*.

**ORDERED:** Oral motion is **GRANTED** and *[51] Defendant K&B Construction, LLC's Motion to Dismiss* is **WITHDRAWN.**

The court will not award fees and costs related to *[52] Plaintiff's Response to Defendant K&B Construction, LLC's Motion to Dismiss*.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each party shall be limited to **5** depositions.
Depositions shall not exceed **7** hours without prior agreement or absent leave of court.
Each party shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings: **February 1, 2016**

Discovery Cut-off: **July 11, 2016**
Dispositive Motions Deadline: **August 19, 2016**
Each side shall be limited to **5** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: April 15, 2016**
Parties shall designate rebuttal experts **on or before: May 20, 2016**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**ORDERED:** A Telephone Status Conference is set for **March 30, 2016 at 11:00 a.m.** to discuss what discovery has been completed, anticipated summary judgment motions, what discovery will be needed for motions for summary judgment, the timing of expert discovery, and to set additional deadlines. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 09:15 a.m.**
Total time in court:    00:17

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.